## E. C. SOLINSKY v. UNITED STATES.
### No. 7859.

Circuit Court of Appeals, Ninth Circuit.
June 17, 1935.

George Neuner, of Portland, Or., for appellant.

Carl C. Donaugh, U. S. Atty., of Portland, Or.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; judgment of dismissal filed and entered accordingly, and mandate forthwith.

## Ralph D. STAUFFER v. COMMISSIONER OF INTERNAL REVENUE.
### No. 1208.

Circuit Court of Appeals, Tenth Circuit.
Jan. 9, 1935.

Phil D. Morelock, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Petition for review dismissed for failure to prosecute.

## STEINER–LIBERTY CORPORATION, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.
### No. 3837.

Circuit Court of Appeals, Fourth Circuit.
March 22, 1935.

Sidney L. Bachrach, of Baltimore, Md., for petitioner.

Wendell Berge, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.
Case dismissed under Rule 20 in accordance with agreement of attorneys.

## Thomas F. STONE and Anna M. Stone, Appellants, v. DAVIS BROTHERS COMPANY, a Corporation, and Eastern Carbon Black Company, a Corporation, Appellees.
### No. 3805.

Circuit Court of Appeals, Fourth Circuit.
Jan. 25, 1935.

Claude L. Smith and F. N. Alderson, both of Charleston, W. Va., for appellants.

Arthur B. Hodges and Price, Smith & Spilman, all of Charleston, W. Va., for appellees.

PER CURIAM.
Case dismissed under Rule 20 in accordance with agreement of attorneys.